IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and the class defined below, | ) ) | 14-cv-1264 |
| | ) | |
| Plaintiff, | ) | Honorable Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Maria Valdez |
| vs. | ) | |
| | ) | |
| MUNICIPAL COLLECTION SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Scott Dolemba hereby dismisses his claims against Defendant Municipal Collection Services, Inc. without prejudice, and without costs.

Respectfully submitted,

/s/ Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

     I, Francis R. Greene, hereby certify that on March 11, 2014, I caused to be filed the forgoing document with the Clerk of the Court using the CM/ECF System, and caused to be served a true and accurate copy of such filing via U.S. Mail on this date or as soon thereafter as service may be effectuated upon the following party:

Municipal Collection Services, Inc.
7330 College Drive, Suite 108
Palos Heights, Illinois 60463

                                                               /s/ Francis R. Greene
                                                               Francis R. Greene